■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND WILLIAMSON, Also Known as RANDOLPH WILLIAMSON,

Appellant. [864 NYS2d 378]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), rendered on or about October 25, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Williams, McGuire and Freedman, JJ.